**Location:** Cary, NC  
**Total Works Infringed:** 56

**IP Address:** 104.59.239.99  
**ISP:** AT&T Internet

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 76A5548501AE3C73BBCB86B3F41E55198F34C39E<br>File Hash:<br>1A059FA5D4E0BB42EA9B7DE0A2E3A4FA5C61899CC44214DC4E2E118F1F228FCB | 05/13/2024 23:29:33 | Blacked | 04/03/2024 | 04/10/2024 | PA0002464919 |
| 2 | Info Hash: C3A0FFA15363FDD10B02267791A700E5E4F4B2E7<br>File Hash:<br>9DFE145B5AB60ACB45FCC3D3A7E9155F65056951C555BA218FB392E131055508 | 05/13/2024 02:31:37 | Tushy | 02/18/2024 | 03/12/2024 | PA0002459335 |
| 3 | Info Hash: 914E4FDD07B0C502E235CBA340BA3F4B22EB8247<br>File Hash:<br>834FFFE510C5AE3C17AA9473E2A663F2B05CABE30E152CFB343A0C0CC1C95637 | 05/12/2024 04:51:44 | Vixen | 04/05/2024 | 04/12/2024 | PA0002465444 |
| 4 | Info Hash: 38147E2C502F36F01E119981C220673661268075<br>File Hash:<br>6334F61A813641F959855C959272342DF0D3804B84D94A5188AD6E60DEE607E5 | 05/09/2024 18:49:18 | Blacked Raw | 05/06/2024 | 05/07/2024 | PA0002469675 |
| 5 | Info Hash: 8DD8DE99A329848F90438536BD69077B7CD56F4C<br>File Hash:<br>0FC3D276E529F7171F079AB84ADC0D825940F3F3B79BA32D1B12FDF54BCF5530 | 05/09/2024 18:34:54 | Vixen | 12/08/2023 | 01/16/2024 | PA0002449510 |
| 6 | Info Hash: 8A214035F597E852F14FDE39D7725DD87305BFF0<br>File Hash:<br>967D7A842D4E9E8BE62BFBC7D6AEAAD1F30064B77F7A204B067F5755E2C40FDC | 05/04/2024 19:03:48 | Blacked Raw | 04/29/2024 | 05/07/2024 | PA0002469677 |
| 7 | Info Hash: 172EC4045278E276F6DF0CA2E3E316CA3D25B746<br>File Hash:<br>865BBFBCE3FD4F342770DB9046A1DEBF1733BA1A95151AF6F6D4E7EEEF5DEE75 | 04/29/2024 14:18:59 | Tushy | 04/21/2024 | 05/08/2024 | PA0002470013 |
| 8 | Info Hash: 5826A6AF69A40AEB1E2738E4514FEE4ED438D7DF<br>File Hash:<br>CAD71AB92B7D42A0E9BE8C0FE49ED66168FF5CECD1E5D1A9EB46DFE45668F986 | 04/25/2024 22:39:52 | Blacked | 04/23/2024 | 05/08/2024 | PA0002469855 |
| 9 | Info Hash: 4B01E916D541186E4BD9200A21AD076630917D8D<br>File Hash:<br>4AC8400C8354F02931C5BADFDA18AF8D53A49F0AF74F135D3A619DE34F9B1EF4 | 04/25/2024 15:33:17 | TushyRaw | 04/23/2024 | 05/09/2024 | PA0002470229 |
| 10 | Info Hash: D1AB8582A9D320CB41B0A9A1741C1BD79030BC99<br>File Hash:<br>9E16B7E67E083B8144B0F64B51D6509CAFB0C790399FF1B55035E84F106348C5 | 04/06/2024 11:06:28 | Blacked Raw | 04/01/2024 | 04/11/2024 | PA0002464924 |
| 11 | Info Hash: 4568A3B0B7D8CED53A1D026A605BF1F3F0E9D968<br>File Hash:<br>F09D5AD8480E40B35C75073F400F49218452DEC581BA1AC7F2F99A705C82662B | 04/05/2024 10:26:14 | Blacked Raw | 02/05/2024 | 02/14/2024 | PA0002455064 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 94658DAB67D28FAAEF34F28FF99E3BD1863F23B9<br>File Hash:<br>4DFA1443CCCB17E94EED58D6935714FD43299A5487D0C512DB29609EBBA34A4B | 04/03/2024<br>20:37:21 | Blacked Raw | 02/19/2024 | 03/12/2024 | PA0002459223 |
| 13 | Info Hash: 2B5C060CB92A60EE79E7D30B74755D3E41B0E0C0<br>File Hash:<br>A63A1B9F330E0FB523085622640FA8B17F46BD130F4FDF5D4FAFDE26A2303D40 | 04/03/2024<br>04:05:09 | Blacked | 03/19/2024 | 04/10/2024 | PA0002464916 |
| 14 | Info Hash: CBD2B9F209527255C663A401AA72FE134D1ACBF2<br>File Hash:<br>DB5C104B188F90FB2DFD20C899DA23A76FE18F7E89D7597F487E2DB23ADB66E2 | 04/01/2024<br>05:34:47 | Blacked Raw | 01/08/2024 | 02/14/2024 | PA0002455060 |
| 15 | Info Hash: 8168E5F50957FD7016B555FD5C96763CFE903EFF<br>File Hash:<br>0310B94550274EF1CE9134CDDB462121C1ECED10D6143F41319B03A2C960DF84 | 03/31/2024<br>05:26:45 | Vixen | 03/29/2024 | 04/12/2024 | PA0002465389 |
| 16 | Info Hash: C9A452B31D2F70E3A6DA02855CA82016C6A326BE<br>File Hash:<br>B76C7C8F92491935EF7F877D229299218A4A2C33782A31729712D21AD61285D3 | 03/27/2024<br>05:10:34 | Tushy | 09/24/2023 | 10/18/2023 | PA0002435287 |
| 17 | Info Hash: 46EC37933E3EE11D3A82DB855CA380ABC72B02E1<br>File Hash:<br>D8F36399A589A8117D81760484B1D65C9280713D7CC615D314F3386E5DF26D57 | 03/26/2024<br>09:04:08 | Blacked | 03/24/2024 | 04/10/2024 | PA0002464917 |
| 18 | Info Hash: 44B4FBF6C812B646820EABDFA329992B2D7065CA<br>File Hash:<br>33AB19B33CE5E9A0D98BC71DBFCE43E9F050874167AE3C325001CB280A964449 | 03/24/2024<br>15:42:37 | Blacked | 11/25/2023 | 12/11/2023 | PA0002444871 |
| 19 | Info Hash: BF44528EB824C9A0A1DBD2E0739AAF39A0C7532B<br>File Hash:<br>86CF271F1680F32A38E3278784C9D818C63993F835BCC52DBD5C68BF0F1CA31C | 03/22/2024<br>07:00:50 | Blacked | 09/27/2018 | 11/01/2018 | PA0002143428 |
| 20 | Info Hash: D71AC980D9A1BBD411DB46A4A7F43C040C4E3455<br>File Hash:<br>67E971F5015FC4061DA2768AF54A4E822E57C4B0C97A245D23E47D0E212BFC2D | 03/21/2024<br>17:16:50 | TushyRaw | 09/06/2023 | 09/18/2023 | PA0002430907 |
| 21 | Info Hash: 0CF0239FEBFDEBFDFE03ABDE2B921229667CFF09<br>File Hash:<br>23D07458788E923EF9A983566D2FDB8D2EAC4D4D0E8C5544E32A0DAA9404FEBE | 03/20/2024<br>03:35:18 | Vixen | 01/19/2024 | 02/13/2024 | PA0002454774 |
| 22 | Info Hash: 31BE0DE71ABCA398FA08CF4789AAD7E4EDBEA035<br>File Hash:<br>6EE2608E03E6092D272C37D53E82B4FEEC257458DD5C0D1855BBFA3C84BFEC31 | 03/19/2024<br>02:16:50 | TushyRaw | 03/12/2024 | 04/12/2024 | PA0002465213 |
| 23 | Info Hash: FFC2AE5D132EA1BE2DCB80FE3CB5A552071D420F<br>File Hash:<br>398BC9A8CA5C171FBD81403D427ED111FE1D84BEEE3538FE140B232ECCB1A521 | 03/18/2024<br>17:27:08 | Blacked Raw | 12/11/2023 | 01/16/2024 | PA0002449504 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 753C56352899C5A7DD265E39ADDB7C75A2B9DDA6<br>File Hash:<br>E46DB9F79AEB5A17220F2BB9FF5C34251F8FF9C3F1E20AFCD467145D47A1C4BF | 03/15/2024 21:59:50 | Tushy | 10/22/2023 | 12/05/2023 | PA0002443588 |
| 25 | Info Hash: 23C775E43776E7203EBC0A2DA747CD11E9350980<br>File Hash:<br>9D0D21DFBB5CBDDB5576C7557328E6FB09386CA191389A7CD3B9C9E6C2A69F06 | 03/15/2024 00:26:36 | Blacked | 12/09/2023 | 01/15/2024 | PA0002449247 |
| 26 | Info Hash: 70404F294DC3C1E6C1D71FD358C5C63615C149D5<br>File Hash:<br>1F640EBD797A05EFBFF6A3FFE3D4AB9B7F37BC4A4D01BE05C4D269BACCDF55F8 | 03/11/2024 05:02:43 | Vixen | 10/27/2023 | 12/05/2023 | PA0002443585 |
| 27 | Info Hash: 8E08002767D54771A5EB9A5B2B9F0CBB79713E8B<br>File Hash:<br>6E29FF58E3F128D14000B4E83D005BA6E55E9F033E112582AB1E92D6EF96826B | 03/09/2024 19:26:58 | Vixen | 11/10/2023 | 12/13/2023 | PA0002445427 |
| 28 | Info Hash: 37BFFD584C1244689D96C07970D5F48C9E8BC322<br>File Hash:<br>B6F7F4551D9461E3B727B2476960B8AA39E7E46BD76CE9BEC279F778B5D78B38 | 03/08/2024 20:21:26 | Blacked Raw | 03/04/2024 | 03/12/2024 | PA0002459238 |
| 29 | Info Hash: EFF1D49B3AEB601C2C2D1F28870A52C96EDB2306<br>File Hash:<br>36713CCDEB9594C208C0C38271AE73000DFC2C5000164E32D22320EF1C511E4C | 03/06/2024 17:41:47 | Vixen | 11/03/2023 | 11/14/2023 | PA0002439696 |
| 30 | Info Hash: C551EE09F3D41F7CED300DD1453E4D1BD30852B6<br>File Hash:<br>06F5B8639756DD07E3CF1D346B24B56FA81E5C0AB63EDB9B7150166232C25715 | 03/03/2024 15:35:42 | Vixen | 03/01/2024 | 03/13/2024 | PA0002459594 |
| 31 | Info Hash: 47814DC7529E5C5290FB11F6724478F41E528474<br>File Hash:<br>3CE52222BDDD9B4BC911D896ECACF00BFFB3142D3AA02E69213D1D606923F337 | 03/03/2024 15:24:03 | Blacked | 03/02/2024 | 03/12/2024 | PA0002459225 |
| 32 | Info Hash: 0B767FE489F27DA0CEB2FB132ADB40BB85162973<br>File Hash:<br>DD2F9AA4205DFFDF4BB8216CF128C6C6185272BFBB63550889D3F76B3D69399D | 02/26/2024 21:47:50 | Blacked Raw | 11/27/2023 | 12/12/2023 | PA0002445178 |
| 33 | Info Hash: 35D7B214D230F6AF6EE5F8EE967C28E414E510C4<br>File Hash:<br>E6942A9BEBE9F63FC4783C22980EC47625C8A2BAB1B813F4985F339B48F1EAF4 | 02/19/2024 12:20:41 | Blacked Raw | 12/28/2018 | 02/02/2019 | PA0002155006 |
| 34 | Info Hash: 859A3318093E4C01CA86E563698FA9EE7C5D459A<br>File Hash:<br>CEF7E515F92720FF92289CFF794DFF639D3DC19CBFB5282ECDF89B174D859D6E | 02/19/2024 10:37:59 | Vixen | 03/31/2023 | 04/09/2023 | PA0002405749 |
| 35 | Info Hash: 8446CF3985B6C5F499785FE97DC2C918847AFA1B<br>File Hash:<br>37EC319A4AB554A295513359F84B1CC61166E7BA5A153302B2DEB51ED6A27CC2 | 02/15/2024 23:11:24 | Blacked | 12/23/2023 | 01/16/2024 | PA0002449251 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: BBC6F01570492507957472934C59CB46BFC03F42<br>File Hash:<br>FC63F7265885093B67A800366B9EA73475D51D8C5D3590F3DDB1FD2E34380425 | 02/13/2024<br>11:15:59 | Blacked Raw | 08/14/2023 | 10/18/2023 | PA0002435302 |
| 37 | Info Hash: 496CB99CF395BA13DC546C81CD437EDD602D06BA<br>File Hash:<br>B71DB3C29F2D047FC2D87A8F67B8D6A521A56C1DF934EBCB7AF58B6F3D3DF3A7 | 02/13/2024<br>02:04:48 | Blacked Raw | 02/12/2024 | 03/12/2024 | PA0002459230 |
| 38 | Info Hash: 22EDD0BC107D1BE7B6A32F826BFB244543F24628<br>File Hash:<br>CBEE0D54045F894DC159F1C86CC29B77D190EAA1031CD09C147A4A44741E5C21 | 02/10/2024<br>13:45:38 | TushyRaw | 12/20/2023 | 01/16/2024 | PA0002449518 |
| 39 | Info Hash: 1A47CE4569D3BD6A04072DD758D98CA7E1BC1F1D<br>File Hash:<br>0A7B46FFF0881B1BA78DC89EFBC206CAF1EA3EEF525594780D4A5B7DB68262AF | 02/10/2024<br>00:49:23 | Blacked | 12/02/2023 | 12/11/2023 | PA0002444887 |
| 40 | Info Hash: 1E1F27282500390EF226763249F82F095AA3DC6D<br>File Hash:<br>13CFF5F215DB91B7EF1ED5F16D1CE47E49E50D065A9BDC0E1933223D94342F6E | 02/10/2024<br>00:23:47 | Tushy | 01/14/2024 | 02/14/2024 | PA0002455009 |
| 41 | Info Hash: 26D49A030AA4241D7A2AFD3E0526815AFB9BBF2D<br>File Hash:<br>03ECBB915D950D36741E845D7FBAB7AE5DAF6066FEBB673BE8EEC6E1DF142712 | 02/10/2024<br>00:06:02 | Blacked | 02/03/2024 | 02/14/2024 | PA0002455061 |
| 42 | Info Hash: 91C6DD564CC34C76C9930923389DA20192285163<br>File Hash:<br>EA56C674A00FF2EEB7F7EB1ABC292A36882F82D88D8E45BDDC74362B821CBC5E | 02/09/2024<br>04:43:46 | Vixen | 12/22/2023 | 01/16/2024 | PA0002449520 |
| 43 | Info Hash: 7E588401D8CAE523BF30B0A3B687B63372D63427<br>File Hash:<br>9D90013370362C89E6B63144E08D9E61833A2DFB86D2A3A67140B2FDD7ADD4A5 | 02/08/2024<br>13:28:29 | Blacked Raw | 09/18/2023 | 10/18/2023 | PA0002435281 |
| 44 | Info Hash: 0598F403471112E01187E19FF7D2FF9FEE3CCE44<br>File Hash:<br>67AB4B08A2F9128B47332C85C8AE62D82844A5B1B1A363ADD6BA6A3D79FDEF28 | 02/02/2024<br>22:58:15 | Vixen | 01/12/2024 | 02/14/2024 | PA0002454976 |
| 45 | Info Hash: 9F813D5658EA0C0AD675F26CE036D0218A2D89AF<br>File Hash:<br>9FB40216C62C6A97DEB402569C0CDB191938C3BCB64D8505F748789243513AEE | 01/24/2024<br>18:24:35 | Blacked | 01/20/2024 | 02/13/2024 | PA0002454784 |
| 46 | Info Hash: FBD51FFB13F094684EC9176706DA0E430EEC01F9<br>File Hash:<br>CFC887E7C3742FF7F2666E2248EC03D2EDDCC64BAA4E536E8B82AB1E87C66BEE | 01/24/2024<br>11:47:35 | Vixen | 09/08/2023 | 09/18/2023 | PA0002431077 |
| 47 | Info Hash: 44ABB452DC08CDF83BC0AE88677E23EE95BC7DE3<br>File Hash:<br>D3AB9640E8D7E9841B2A61757B3E1C7D0A00E74A66FC662165B771EB65AF9B5F | 01/24/2024<br>02:37:58 | Tushy | 12/24/2023 | 01/16/2024 | PA0002449496 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 72DC303CF713BC8602C44A40FF3FCB707C903B27<br>File Hash:<br>D1E02E9F046A6500D083A58B013FEABFAA56049ADD11604AF266E23DAE73ADB6 | 01/21/2024<br>08:39:30 | Blacked | 01/13/2024 | 02/13/2024 | PA0002454785 |
| 49 | Info Hash: 7302008CD4D759C4443DE769C5D79141DCC1D82C<br>File Hash:<br>3B16C3E5117AFFA97703A5CA0B8C719E56C8B5D9D07943058F7DCCF217363B82 | 01/20/2024<br>22:57:17 | Slayed | 01/10/2023 | 02/21/2023 | PA0002400996 |
| 50 | Info Hash: 9A1EFE040C386ACFBB75B697D5945C40C6855923<br>File Hash:<br>290AD9A63E06A2AB2808B44C706C9CD4508E1AE7BA553692DE47913A3DDB30F6 | 01/20/2024<br>22:49:57 | Tushy | 04/24/2022 | 05/20/2022 | PA0002350374 |
| 51 | Info Hash: 59FE5FF5948DBB8427BAD5FD73257C8A049EFDD8<br>File Hash:<br>B9410CA5838C3617D595CB102F43061B01FB1421795D7E1B863E3B0CDA89A9C0 | 01/20/2024<br>22:48:05 | Vixen | 07/08/2018 | 07/26/2018 | PA0002112152 |
| 52 | Info Hash: F38ADF7688FB105B0A2C8A09AD424B96AD1E20DF<br>File Hash:<br>157EBB6335925D4EED9EBB2CBF457FA47B100074900206A7830034AE068211BC | 01/20/2024<br>22:31:04 | Vixen | 06/10/2022 | 06/27/2022 | PA0002354995 |
| 53 | Info Hash: 6B50AC212C031ACC4065D8EA7C4F301569AA5475<br>File Hash:<br>27B27055DA15F2B794B802C46D00161667FC8B05248753F0D101E30F2DC8279C | 01/20/2024<br>22:28:02 | Vixen | 02/08/2019 | 03/24/2019 | PA0002183193 |
| 54 | Info Hash: 5781AFD69219992B9C02E4B3405B618595D4BCA2<br>File Hash:<br>64A355384D9D42A40890EDCD25943A8A622DBBCB1D1AEE45EC5F48A9FEB3A851 | 01/16/2024<br>22:40:45 | TushyRaw | 08/30/2023 | 09/18/2023 | PA0002430961 |
| 55 | Info Hash: 525DFF74C44E067680718A5381CD30435BD63310<br>File Hash:<br>6830034881DD8264A355FA32759E9A6955990E09BCA10630A6B988DB84DEF229 | 01/10/2024<br>23:41:41 | Vixen | 09/01/2023 | 09/18/2023 | PA0002431078 |
| 56 | Info Hash: FB3C71109FD4D228C3F3D8A6B0D6DB041887BF5A<br>File Hash:<br>82D3A07D269CAC5CA6F6851345CE44048DC07EDD4A5CBFAC237B0F735A70803B | 01/07/2024<br>23:14:14 | Vixen | 06/13/2018 | 07/14/2018 | PA0002128389 |